Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura.Krank@rksslaw.com

Attorneys for Plaintiff
RICHARD MITCHENER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MITCHENER | Case No.: 2:16-cv-1885-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include March 20, 2017, in which to file Plaintiff's Motion For Summary Judgment and/or Remand; and that all other deadlines set forth in the August 16, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATED: February 23, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE