Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Richard Mitchener

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICHARD MITCHENER,<br><br>             Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>             Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:16-cv-1885-EFB<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER FOR THE AWARD AND<br>PAYMENT OF ATTORNEY FEES<br>AND EXPENSES PURSUANT TO<br>THE EQUAL ACCESS TO JUSTICE<br>ACT, 28 U.S.C. § 2412(d) |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Richard Mitchener be awarded attorney fees in the amount of Three Thousand Nine Hundred dollars ($3,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

-1-

After the Court issues an order for EAJA fees to Richard Mitchener, the government will consider the matter of Richard Mitchener's assignment of EAJA fees to Laura E. Krank.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Richard Mitchener, but if the Department of the Treasury determines that Richard Mitchener does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Richard Mitchener.[1]  Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Richard Mitchener's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Richard Mitchener and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 25, 2018          Respectfully submitted,

                                    ROHLFING & KALAGIAN, LLP

                                    /s/ *Laura E. Krank*
                          BY:_____
                                    Laura E. Krank
                                    Attorney for plaintiff Richard Mitchener

DATED: May 25, 2018        MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ *Margaret I. Branick-Abilla*
                                    _____
                                    MARGARET I. BRANICK-ABILLA
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant NANCY A.
                                    BERRYHILL, Acting Commissioner of Social
                                    Security (Per e-mail authorization)




                                    **ORDER**

      Approved and so ordered.

DATED:   June 25, 2018.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE